IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SETH WOLFMAN

,
                    Plaintiff(s)

        v.

METROPOLITAN LIFE INSURANCE
COMPANY
                    ,
                    Defendant(s)

)
)
)
)
)
)
)
)
)
)

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:19-cv-00802

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Seth Wolfman                    and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Metropolitan Life Insurance Company.

Date:   March 14, 2019

_____
*Signature of plaintiffs or plaintiff's counsel*
Schwartz, Conroy & Hack, PC.
666 Old Country Road, 9th Floor
*Address*

Garden City, New York 11530
*City, State & Zip Code*

516-745-1122
*Telephone Number*

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this action.

I am a resident of Nassau County where the mailing occurred; my business address is: Schwartz, Conroy & Hack, PC, 666 Old Country Road, 9th Floor, Garden City, New York 11530.

On March 14, 2019 I served the foregoing document described as: NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(I) to the following parties:

> Peter Fabiankovic, Esq.
> 200 Park Avenue, 4th Floor
> New York, NY 10166
> peter.fabiankovic@metlife.com

I served a true and correct copy via electronic mail during regular business hours to the email address listed above.  Said transmission was reported complete and without error.

I declare under penalty of perjury under the laws of the united State of America and the State of New York that the foregoing is true and correct.

Dated:  March 14, 2019

_____
Ginny Wielgus

Sworn to before me this 14th day of March, 2019.

_____
Notary Public

LYNDA IRWIN
Notary Public, State of New York
No. 01IR6381532
Qualified in Nassau County
Commission Expires October 1, 20 22